RETTA H. ROUND, Respondent, *v.* VILLAGE OF ONEIDA,
Appellant.

(Argued April 23, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made January 10, 1888, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order deny-
ing a motion for a new trial.

*Edward F. Haskell* for appellant.

*James B. Rafter* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed

CHARLES GUIDET et al., Appellants, *v.* THE NEW YORK, LAKE
ERIE AND WESTERN RAILROAD COMPANY, Respondent.

(Argued April 23, 1890 ; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made the first Monday of May, 1887, which affirmed a judg-
ment in favor of defendant entered upon the report of a
referee.

*Charles A. Deshon* for appellant.

*W. W. MacFarland* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.